**No. 09-11308. Joshua Mitch Johnson, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections, et al.**

562 U.S. 873, 131 S. Ct. 176, 178 L. Ed. 2d 105, 2010 U.S. LEXIS 7036.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 353 Fed. Appx. 827.